Dismissed and Memorandum Opinion filed April 29, 2004









Dismissed and Memorandum Opinion filed April 29, 2004.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-03-00540-CR

NO. 14-03-00541-CR

NO. 14-03-00542-CR

NO. 14-03-00543-CR

____________

 

BERNARD WALTER
OCZKOWSKI, Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 



 

On Appeal from County Criminal
Court at Law No. 2

Harris County, Texas

Trial Court Cause Nos. 1153730;
1153731; 1153732; 1153733  

 



 

M E M O R A N D U M   O P I N I O N

A written request to withdraw the notice of appeal,
personally signed by appellant, has been filed with this Court.  See Tex.
R. App. P. 42.2.  Because this
Court has not delivered an opinion, we grant appellant=s request.

Accordingly, we order the appeal dismissed.  We direct the Clerk of the Court to issue the
mandate of the Court immediately.








PER CURIAM

Judgment rendered
and Memorandum Opinion filed April 29, 2004 .

Panel consists of
Justices Yates, Anderson, and Hudson.

Do not publish C Tex.
R. App. P. 47.2(b).